UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-81099-ROSENBERG

KAMILLE Y. PERKINS,

    Plaintiff,

v.

FINANCIAL CREDIT, INC.,

    Defendant.
_____/

## ORDER CLOSING CASE

This cause is before the Court on the Plaintiff's Notice of Dismissal at docket entry 11. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1.    The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2.    All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 16th day of November, 2023.

                                                       ROBIN L. ROSENBERG
                                                       UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record